UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------

KEVIN MCKEOWN,                                Civil Action No.
                                              12-5080 (WJM)
                    Plaintiff,

 v.                                           **O R D E R**

VERIZON NEW JERSEY INC., JAY
BEASLEY, DENNIS GILL, *et al.*

                    Defendants.
------------------------------------

A Report and Recommendation was filed on November 8, 2012 recommending that Plaintiff's Motion to Remand be granted; and the parties having been given notice that they had fourteen days to object to the Report and Recommendation pursuant to Local Rule 72.1(c)(2); no objection or responses having been received; and the Court having reviewed the Report and Recommendation de novo; and good cause appearing;

It is on this 27th day of November, 2012

**ORDERED** that the Report and Recommendation of Magistrate-Judge Mark Falk is hereby adopted as the Opinion of this Court; it is further

**ORDERED** that this matter is **REMANDED** to the Superior Court of New Jersey.

                                   s/William J. Martini
                                   _____
                                   WILLIAM J. MARTINI, U.S.D.J.